UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

NILES SCOTT, : CASE NO. 1:18 CV 1042

    Plaintiff,

vs. : DISMISSAL ORDER

EILEEN T. GALLAGHER, *et al*.,

    Defendants.

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

*Pro se* plaintiff Niles Scott filed this civil rights action on May 4, 2018. The application he filed to proceed *in forma pauperis* was incomplete. Accordingly, in an order dated June 22, 2018, the plaintiff was ordered either to pay the filing fee, or to submit a complete application to proceed *in forma pauperis* within 30 days in order to proceed with the case. (See Doc. No. 4.) The order expressly notified the plaintiff that his action was subject to dismissal if he failed to comply with the order.

To date, the plaintiff has not complied with the Court's June 22nd deficiency order. Accordingly, this action is hereby dismissed without prejudice for want of prosecution. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997); *Erby v. Kula*, Case No. 03-2377, 2004 WL 2320326 (6th Cir. Sept. 20, 2004) (affirming dismissal of § 1983 action for want of prosecution where prisoner failed to comply with court's deficiency order).

Case No. 1:18cv1042
Gwin, J.

The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Dated: August 6, 2018             *s/    James S. Gwin*
                                               JAMES S. GWIN
                                               UNITED STATES DISTRICT JUDGE